IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| JEREMY WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 8:14-cv-01310-TLW |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On July 14, 2015, Plaintiff Jeremy Watson brought a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. #22). The motion seeks reimbursement for counsel's representation in the above-captioned matter in the amount of $2,594.94 in fees. Id. On July 17, the parties filed a Joint Stipulation for Attorney Fees, whereby the Commissioner and Plaintiff agreed that the Commissioner shall award Plaintiff $2,250.00 in attorney's fees. (Doc. #24).

Having reviewed the file and being fully advised, the Court hereby **ORDERS** that the Joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act is **APPROVED**, and the Commissioner is ordered to award Plaintiff $2,250.00 in attorney's fees. (Doc. #24). Although the EAJA fee award should be paid to Plaintiff rather than to his attorney pursuant to Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), the check itself should be mailed directly to the business address of Plaintiff's counsel.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

July 21, 2015
Columbia, South Carolina